IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE COOPERATIVE FINANCE ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY P. BURGETT,<br><br>    Defendant. | 4:16-CV-3141<br><br>JUDGMENT |

Pursuant to the plaintiff's Unopposed Motion to Dismiss with Prejudice (filing 13), this matter is dismissed with prejudice, each party to pay their own costs.

Dated this 15th day of February, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge